

March 19, 2013

Nolan Stevens
Latino Affairs Commission
Riffe Center – 18th Floor
77 South High Street
Columbus, OH 43215-6108

Dear Nolan:

Thank you for contacting my office regarding the Bureau of Motor Vehicles (BMV) granting of driver's licenses to immigrants who provide the appropriate documents.

In June 2012, the federal government implemented the Deferred Action for Childhood Arrivals initiative. The initiative does not specifically address driver's licenses, but it does authorize an individual to be present in the United States and allows that individual to be assigned a social security number and a work permit. With these documents and any other documents normally required by the BMV, an individual can provide the BMV with the information necessary to receive a driver's license.

It appears that the BMV would have to accept driver's license applications from individuals that fall under the Deferred Action for Childhood Arrivals initiative because they can provide all of the information necessary.

I encourage any citizen who is concerned about a law or policy to contact their legislators and voice that concern. As Attorney General, I do not have the authority to introduce or vote on legislation.

Again, I appreciate receiving your comments. If my office can ever be of assistance to you in the future, please feel free to contact us.

Very respectfully yours,

MIKE DEWINE
Ohio Attorney General