IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **INTERCOMMUNITY JUSTICE AND PEACE CENTER, et al.,** | ) ) ) | **Case No. 2:18-cv-1247** |
| **Plaintiffs,** | ) ) ) | **Chief Judge Sargus** |
| v. | ) ) ) | **Magistrate Judge Jolson** |
| **Don Petit, Registrar, Ohio Bureau of Motor Vehicles, in his official capacity,** | ) ) ) ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION FOR LEAVE TO STAY DATE ON WHICH DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION IS DUE**

Defendant Don Petit, Registrar of the Ohio Department of Public Safety, Bureau of Motor Vehicles, moves this Court to postpone the date for Defendant's response to Plaintiffs' Motion for Class Certification until after the Court's Rule 16 Conference. Because this case was referred to mediation, a Fed. R. Civ. P. 16 conference has not yet been held.  In addition, this Court has set deadlines for the filing of cross dispositive motions.  Accordingly, Defendant believes a postponement of his response to the motion is appropriate.  Such postponement is judicially efficient as it will delay any consideration of the motion for class certification until after this Court makes a decision on the expected dispositive motions.  Plaintiffs do not object to this motion.

Accordingly, Defendant Petit respectfully request that this Court postpone the date on which he must respond to the Motion for Class Certification until after the Fed. R. Civ. P. 16 conference has occurred.  This would conform the schedule with this

Court's order in the accompanying case *Community Refugee and Immigration Services*, Case No. 2:28-cv-01189.  See Case No. 2:28-cv-01189, Doc. 7.

                Respectfully submitted,

                */s/ Hilary R. Damaser*
                DAVE YOST  (0056290)
                Attorney General of Ohio

                Hilary R. Damaser (0059190)
                Brian R. Honen (0084880)
                Jahan S. Karamali (0093800)
                Cory J. Goe (0090500)
                Assistant Attorneys General
                Executive Agencies Section
                30 East Broad Street, 26th Floor
                Columbus, Ohio 43215
                (614) 728-9470 (fax)
                (614) 466-2980 (Phone)
                hilary.damaser@ohioattorneygeneral.gov
                brian.honen@ohioattorneygeneral.gov
                cory.goe@ohioattorneygeneral.gov
                jahan.karamali@ohioattorneygeneral.gov
                *Counsel for Defendant BMV Registrar Don Petit*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was filed electronically on January 16, 2019.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's systems.

                                              *s/ Hilary S. Damaser*
                                              Hilary S. Damaser
                                              Assistant Attorney General
                                              *Counsel for Defendant Petit*