# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Intercommunity Justice and Peace Center, et al., *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 2:18-CV-1247 |
| Registrar, Ohio Bureau of Motor Vehicles, *Defendant* | ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Opinion and Order filed 2/20/2020 the Court GRANTS (ECF No. 43) Plaintiffs' Supplemental Motion for Class Certification and GRANTS (ECF No. 56) Plaintiffs' Motion for Summary judgment. This case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 02/20/2020

CLERK OF COURT

Signature of Clerk or Deputy Clerk