UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

INTERCOMMUNITY JUSTICE
AND PEACE CENTER, et al.,

    Plaintiffs,

v.

REGISTRAR, OHIO BUREAU
OF MOTOR VEHICLES,

    Defendant.

Case No. 2:18-cv-1247
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER

On February 20, 2020, the Court granted Plaintiff Intercommunity Justice and Peace Center, Erlin Lorena Rodriguez Enamorado, individually and as next of friend of J.G.R., Maria Monjaraz, individually and as next of friend of A.M., and Maria Cabrera, individually and as next of friend of K.I.A's Motion for Summary Judgment and entered judgment for Plaintiffs. (ECF Nos. 59, 60.) In accordance with that order the Court hereby **ENJOINS** Defendant Registrar of the Ohio Bureau of Motor Vehicles from enforcing the policy as described in the February 20, 2020 order, namely requiring that a co-signer present proof of identity by presenting an Ohio credential or proof of the five elements as set forth in the Deputy Registrar Procedural Manual.

    **IT IS SO ORDERED.**

2-24-2021

**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**